# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE MILLER, <br><br> Plaintiff, <br><br> v. <br><br> CORRECTIONAL OFFICER J. NAVARRO, et al., <br><br> Defendants. | Case No. 1:17-cv-01309-DAD-SAB <br><br> ORDER VACATING FINDINGS AND RECOMMENDATIONS <br> (ECF No. 10) <br><br> ORDER TO SUBMIT SECOND AMENDED COMPLAINT **WITHIN THIRTY DAYS** |

Plaintiff Gerald Lee Miller, a state prisoner, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 29, 2017, the Court screened Plaintiff's complaint and issued findings and recommendations recommending that the case proceed on certain claims, that certain claims be dismissed for the failure to state a claim, and that certain claims be severed from this action as improperly joined. (ECF No. 10.) Plaintiff was permitted thirty days to object to the findings and recommendations. (Id. at p. 15.)

On December 4, 2017, Plaintiff lodged a first amended complaint. (ECF No. 11.) On December 28, 2017, Plaintiff filed objections to the pending findings and recommendations. (ECF No. 12.)[1] Plaintiff objects that he mailed the first amended complaint before receiving the findings and recommendations in a good faith attempt to cure deficiencies in his original complaint. Plaintiff further objects that he wishes to file a second amended complaint to make additional factual allegations which may cure the deficiencies identified by the Court.

---

[1] Identical objections were filed on January 2, 2018. (ECF No. 13.)

1

1    The Court primarily found that leave to amend was not warranted in this action because
2    Plaintiff's original complaint alleged claims which are improperly joined, an issue that cannot be
3    cured through amendment. Instead, those claims should be brought in a separate suit. Other
4    claims, such as Plaintiff's claim for injunctive relief, are alleged in such a way that it would be
5    futile to attempt to amend them. However, in the interest of justice and because Plaintiff asserts
6    that he has additional and more detailed factual allegations to provide, the Court will vacate its
7    findings and recommendations, and allow Plaintiff one opportunity to file a second amended
8    complaint to attempt to cure the deficiencies identified in his asserted claims.

9    Accordingly, Plaintiff will be permitted thirty (30) days to file a second amended
10   complaint. If Plaintiff does not file a second amended complaint, the Court will file and screen
11   Plaintiff's first amended complaint.

12   If Plaintiff chooses to amend his complaint, he may not change the nature of this suit by
13   adding new, unrelated claims in his second amended complaint. George v. Smith, 507 F.3d 605,
14   607 (7th Cir. 2007) (no "buckshot" complaints). The second amended complaint should be brief,
15   Fed. R. Civ. P. 8(a), but it must also state what each named defendant did that led to the
16   deprivation of Plaintiff's constitutional rights, Ashcroft v. Iqbal, 556 U.S. 662, 678-89 (2009).
17   Although accepted as true, the "[f]actual allegations must be [sufficient] to raise a right to relief
18   above the speculative level . . . ." Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007)
19   (citations omitted). Plaintiff should clearly label amended complaint as his "Second Amended
20   Complaint."

21   Plaintiff is also reminded that an amended complaint supersedes all prior complaints.
22   Lacey v. Maricopa County, 693 F.3d 896, 927 (9th Cir. 2012). Absent prior court approval, the
23   amended pleading must be complete in itself without reference to any prior pleading. Local Rule
24   220.

25   Finally, Plaintiff's second amended complaint is limited to **twenty-five (25) pages** in
26   length. Exhibits may be attached, but are not required, and will be included in the twenty-five
27   page limit.
28   ///

Based on the foregoing, it is HEREBY ORDERED that:

1. The findings and recommendations issued on November 28, 2017 (ECF No. 10), are vacated;

2. The Clerk's Office shall send Plaintiff a civil rights complaint form;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a second amended complaint as described in this order;

4. If Plaintiff does not file any second amended complaint within the time permitted, the Court shall file and screen the lodged first amended complaint; and

5. **No extension of time of the deadline set in this order shall be granted absent a request showing good cause**.

IT IS SO ORDERED.

Dated: __**January 3, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE

3